IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| INVITROGEN CORPORATION | § § | |
| VS. | § § | NO. A 01 CA 167 SS |
| BIOCREST MANUFACTURING, L.P., et al. | § § | |

## ORDER

Before the Court is Motion for Admission Pro Hac Vice of Marc R. Labgold [#15]. It appears the motion is in proper order, in that it recites that movant is a member in good standing of a state bar, has not been subjected to any discipline by any court or administrative body, is familiar with the *Federal Rules of Civil Procedure* and the *Local Rules for the United Sates District Court of the Western District of Texas*, and has co-counsel who is a member of the Western District. However, movant neither signed the pleading nor attached an affidavit containing his signature. A motion to appear pro hac vice must be signed by the counsel seeking to be admitted. The Court will, therefore, deny the motion without prejudice to the refiling of a proper motion.

SIGNED on this 9th day of April 2001.

_____
UNITED STATES DISTRICT JUDGE